UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF FLORIDA
Case No.: 09-CV-23080 –GOLD-MCALILEY

**GUILERMO DIAZ-CABRERA,**

 **Plaintiff,**

vs.

**INTERNATIONAL PORTFOLIO, INC.,
FIRSTSOURCE FINANCIAL SOLUTIONS, INC.,
ALLIANCE ONE RECEIVABLES MANAGEMENT INC.**

 **Defendants,**
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

 In accordance with Local Rule 1.04(c), Defendant ALLIANCEONE RECEIVABLE S MANAGEMENT, INC. and hereby certifies that the instant action

_____ IS  related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

   _____
   _____

__X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

 I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

 Dated:  November 20, 2009

Respectfully submitted,

＿＿/s/ Dale T. Golden＿＿＿＿＿＿＿＿＿＿
DALE T. GOLDEN, ESQUIRE
**GOLDEN & SCAZ, PLLC**
2124 W. Kennedy Blvd., Suite A
Tampa, Florida 33606
813-251-5500 (p)
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 20th day of November, 2009.

＿＿/s/ Dale T. Golden＿＿＿＿＿＿＿＿
DALE T. GOLDEN, ESQUIRE