UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-23080-CIV-GOLD/McALILEY

Guillermo Diaz-Cabrera,

 Plaintiff,

vs.

INTERNATIONAL PORTFOLIO, INC.;
FIRSTSOURCE FINANCIAL SOLUTIONS, INC.;
ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.

 Defendant.
_____/

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.**

TO THE HONORABLE JUDGE ALAN S. GOLD:

 Plaintiff files this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

 There are no longer any issues in this matter between the Plaintiff and Defendant **ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.** to be determined by this Court. Plaintiff hereby stipulate that all claims or causes of action against Defendant **ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.** which were or could have been the subject matter of this lawsuit are hereby dismissed without prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.** |
|---|---|
| *By: S:Joel A. Brown* | |
| **Joel Adrian Brown** | *By: S: Dale T. Golden* |
| joelb@fclawgroup.com | **Dale Thomas Golden** |
| Fair Credit Law Group, LLC | Golden & Scaz PLLC |
| 3330 N.W. 53rd Street | 2124 W Kennedy Boulevard |
| Suite 306 | Suite A |
| Ft. Lauderdale, FL 33309 | Tampa, FL 33606 |
| 954-334-9100 | 813-251-5500 |
| Fax: 986-4777 | Fax: 813-251-3675 |
| | Email: |
| *By: S:Paul A. Herman* | dale.golden@goldenscaz.com |
| **Paul Aaron Herman** | *ATTORNEY TO BE NOTICED* |
| paulh@fclawgroup.com | |
| Fair Credit Law Group, LLC | |
| 3330 N.W. 53rd Street | |
| Suite 306 | |
| Ft. Lauderdale, FL 33309 | |
| 954-334-9100 | |
| Fax: 986-4777 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
Paul A. Herman, Esq.