**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 09-23080-CIV-GOLD/McALILEY

Guillermo Diaz-Cabrera,

    Plaintiff,

vs.

INTERNATIONAL PORTFOLIO, INC.;
FIRSTSOURCE FINANCIAL SOLUTIONS, INC.;
ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.

    Defendant.
_____/

**RESPONSE TO THE HONORABLE JUDGE ALAN S. GOLD'S ORDER**
**TO SHOW CAUSE**

TO THE HONORABLE JUDGE ALAN S. GOLD:

1. All parties have responded to the complaint.

2. Plaintiff, Guillermo Diaz-Cabrera, has filed a stipulation of dismissal of Alliance One Receivables Management, Inc. on March 25, 2010.

3. Plaintiff's counsel is in contact with the remaining Defendants.

4. Plaintiff's counsel is preparing discovery requests of the remaining Defendants.

Respectfully submitted,

**PLAINTIFF'S COUNSEL**

*By: S:Joel A. Brown*
**Joel Adrian Brown**
joelb@fclawgroup.com
Fair Credit Law Group, LLC
3330 N.W. 53rd Street
Suite 306
Ft. Lauderdale, FL 33309
954-334-9100
Fax: 986-4777

*By: S:Paul A. Herman*
**Paul Aaron Herman**
paulh@fclawgroup.com
Fair Credit Law Group, LLC
3330 N.W. 53rd Street
Suite 306
Ft. Lauderdale, FL 33309
954-334-9100
Fax: 986-4777

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
Paul A. Herman, Esq.