UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-23080-CIV-GOLD/McALILEY

Guillermo Diaz-Cabrera,

    Plaintiff,

vs.

INTERNATIONAL PORTFOLIO, INC.;
FIRSTSOURCE FINANCIAL SOLUTIONS, INC.;

    Defendants.
_____/

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW, the Plaintiff, Guillermo Diaz-Cabrera ("Plaintiff"), by and through undersigned counsel, and provides the following initial disclosures pursuant to Federal Rule of Civil Procedure (FRCP) 26, Rule 16B of the Local Rules for the United States District Court for the Southern District of Florida, and Scheduling Conference Order of Judge Alan S. Gold:

(A). The name, known addresses and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

    1.    Guillermo Diaz-Cabrera, Plaintiff.
          Tel: (786)366-1452
          3760 NW 15 Ave
          Miami, FL 33142

Plaintiff has personal knowledge of all claims, events and circumstances giving rise to this case.

    2.    Any and all representatives of Firstsource Financial Solutions, Inc. ("Firstsource") who allegedly is an assignee of ***International Portfolio Inc.*** or any other prior assignees on ***International Portfolio, Inc.***.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

    3. Julio Novello, P.I./Public Adjuster/ Referring Service
       Tel: (305)439-1092
       7280 SW 4th Street
       Miami, FL 33144

    4. Any and all representatives of ***International Portfolio, Inc.*** with the most knowledge of the alleged debt owed, the assignment and the collection of alleged debt owed.

These witnesses may have information regarding the policies, practices and procedures of ***International Portfolio, Inc.*** for handling accounts, assigning debts, and governing law with respect to alleged debts, and specifically information related to the Plaintiff, including any written agreements with Plaintiff.

(B). A copy of, or a description by category and location, of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

    1.    Plaintiff's account file including applications, contracts, correspondence, or other documents to and from the Plaintiff and Defendant regarding the facts at issue in this case.

    2.    Any additional documents identified by any party to this action.

    3.    Copies of any state court filings including original complaints, answers, pleadings, discovery materials and supporting documentation.

4. Copies of any arbitration filings including original claims, responses, pleadings, discovery materials and supporting documentation.

Plaintiff reserves the right to supplement the response to this disclosure.

(C). A computation of damages claimed by the disclosing party, making available for inspection and copying, as outlined in Rule 34 of the FRCP, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

Plaintiff is seeking statutory and actual damages. A detailed computation of the amount of damages is being prepared by Plaintiff based on the documentary evidence to be provided by the named witnesses.

Respectfully Submitted,

/s/ Paul A. Herman
Paul A. Herman (FL Bar No. 405175)
**Fair Credit Law Group, LLC**
3330 N.W. 53rd Street, Suite 306
Ft. Lauderdale, FL 33309
Tel: 954-334-9100
Fax: 954-986-4777
paulh@faircreditlawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**_s/Paul A. Herman_**
Paul A. Herman, Esq.