UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23080-CIV-GOLD/McALILEY

GUILLERMO DIAZ-CABRERA,

    Plaintiff,
v.

INTERNATIONAL PORTFOLIO, INC. et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. Having reviewed the record and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that

1. Plaintiff's counsel is ORDERED to show cause in writing **no later than Friday, August 6, 2010 at 12:00 p.m.** why sanctions should not be imposed for Plaintiff's failure to comply with this Court's May 26, 2010 Order **[DE No. 20, p. 4]** (requiring Plaintiff's counsel to file submission regarding mediator no later than June 1, 2010).

2. Failure to timely show adequate cause will result in a dismissal with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of July 2010.

                                                           _____
                                                           HON. ALAN S. GOLD
                                                           UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
Counsel of record