**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Guillermo Diaz-Cabrera,

    Plaintiff,

vs.

          Judge: GOLD/McALILEY

          Case: 1:09-cv-23080

INTERNATIONAL PORTFOLIO, INC.;
FIRSTSOURCE FINANCIAL SOLUTIONS, INC.;
ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.

    Defendant.
_____/

## ANSWER TO ORDER TO SHOW CAUSE

Comes now, Plaintiff, **GUILLERMO DIAZ-CABRERA**, by and through undersigned counsel who files an Answer to this Court's Order to Show Cause dated July 28th, 2010 and in support thereof states the following:

1. Parties have selected John W. Salmon to be the mediator for the above styled action.

2. The Notice of Mediator Selection was filed via CM/ECF on Monday, August 2nd, 2010.

Dated this 3rd day of August, 2010.

          Respectfully Submitted by,

          **FAIR CREDIT LAW GROUP, LLC**
              3330 NW 53rd street,
              Suite 306
              Ft. Lauderdale, FL 33009
              Tel: 954-334-7670
              Fax: 954-334-7668

/s/ Paul A. Herman
Filed by: Paul A. Herman, Esq
FL Bar #405175


/s/Joel A. Brown
Filed by: Joel A. Brown, Esq
FL Bar #0066575

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
Paul A. Herman, Esq.


## SERVICE LIST

**Defendant**

| | | |
|---|---|---|
| **International Portfoli, Inc., Firstsource Financial Solutions, Inc.** | represented by | Eric Alberto Rodriguez<br>Dade County Attorney's Office<br>Metro Dade Center<br>111 NW 1st street<br>Suite 2810<br>Miami, FL 33128-1993<br>305-375-1321<br>Fax: 375-5634<br>ear2@miami |